```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF KENTUCKY
                    CENTRAL DIVISION at LEXINGTON
```

DAWN ROSS,

    Plaintiff,

v.

GRACE ROSS,

    Defendant.

Case No. 5:19-cv-261-JMH

**JUDGMENT**

\*\*\*

Consistent with the Memorandum Opinion and Order entered contemporaneously herewith, and pursuant to Federal Rule of Civil Procedure 58, it is **ORDERED** and **ADJUDGED** as follows:

(1) Judgment is **ENTERED** in favor of Defendant Grace Ross in this matter;

(2) All deadlines set and hearings scheduled in this matter are **CONTINUED GENERALLY**;

(3) The Clerk of the Court **SHALL STRIKE THIS MATTER FROM THE COURT'S ACTIVE DOCKET**; and

(4) This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This the 14th day of January, 2020.



Signed By:
Joseph M. Hood
Senior U.S. District Judge